UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN ALY,<br>Plaintiff,<br>-against-<br>APPLE, INC.,<br>Defendant. | 26-CV-3262 (AS)<br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Apple's positions laid out in the chart attached to the parties' joint letter are ADOPTED. Apple can immediately proceed with the narrowed subpoena. The Clerk of Court is respectfully directed to close the motion at Dkt. 50.

SO ORDERED.

Dated: October 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge